No. 99M69. IN RE DELBOSQUE;

No. 99M70. CAMOSCIO v. DEMINICO ET AL.; and

No. 99M71. PALMER v. BARRAM, ADMINISTRATOR, GENERAL SERVICES ADMINISTRATION. Motions to direct the Clerk to file petitions for writs of certiorari out of time denied.

No. 99–62. SANTA FE INDEPENDENT SCHOOL DISTRICT v. DOE, INDIVIDUALLY AND AS NEXT FRIEND FOR HER MINOR CHILDREN, ET AL. C. A. 5th Cir. [Certiorari granted, 528 U. S. 1002.] Motion of Texas et al. for leave to participate in oral argument as *amici curiae* and for divided argument granted.

No. 99–474. NATSIOS, SECRETARY OF ADMINISTRATION AND FINANCE OF MASSACHUSETTS, ET AL. v. NATIONAL FOREIGN TRADE COUNCIL. C. A. 1st Cir. [Certiorari granted, 528 U. S. 1018.] Motion of the Solicitor General for leave to participate in oral argument as *amicus curiae* and for divided argument granted.

No. 99–478. APPRENDI v. NEW JERSEY. Sup. Ct. N. J. [Certiorari granted, 528 U. S. 1018.] Motion of the Solicitor General for leave to participate in oral argument as *amicus curiae* and for divided argument granted.

No. 99–536. REEVES v. SANDERSON PLUMBING PRODUCTS, INC. C. A. 5th Cir. [Certiorari granted, 528 U. S. 985.] Motion of petitioner to strike respondent's lodging appendix denied. Motion of the Solicitor General for leave to participate in oral argument as *amicus curiae* and for divided argument granted to be divided as follows: 20 minutes for petitioner and 10 minutes for the Solicitor General.

No. 99–830. STENBERG, ATTORNEY GENERAL OF NEBRASKA, ET AL. v. CARHART. C. A. 8th Cir. [Certiorari granted, 528 U. S. 1110.] Motion of Alan Ernest for leave to represent children unborn and born alive denied. Motion of Alan Ernest for leave to file a brief as *amicus curiae* denied.